UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARGOS HOLDINGS INC. and PETSMART, INC.,<br><br>  Plaintiffs, Counterclaim-Defendants,<br><br> v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, as Administrative Agent,<br><br>  Defendant, Counterclaim-Plaintiff,<br><br> v.<br><br>ARGOS INTERMEDIATE HOLDCO III INC., BUDDY CHESTER CORP., BUDDY CHESTER SUB CORP., BUDDY HOLDINGS CORP., ALAN M. SCHNAID, PAULETTE R. DODSON, PAUL KEGLEVIC, PETER S. KRAVITZ, SCOTT D. VOGEL, CEZAR M. FROELICH, RAYMOND SVIDER, MICHAEL CHANG, and FAHIM AHMED,<br><br>  Counterclaim-Defendants. | No. 18 Civ. 5773 (RJS) |

**STIPULATION OF DISMISSAL AS TO RAYMOND SVIDER, MICHAEL CHANG, AND FAHIM AHMED ONLY**

WHEREAS counsel for Plaintiffs/Counterclaim-Defendants Argos Holdings Inc. and PetSmart, Inc., and counsel for Counterclaim-Defendants Raymond Svider, Michael Chang, and Fahim Ahmed, have represented that Messrs. Svider, Chang, and Ahmed were not directors of PetSmart, Inc., or Argos Holdings Inc. at any point from May 1, 2018, forward,

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is dismissed as to Counterclaim-Defendants

Raymond Svider, Michael Chang, and Fahim Ahmed only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  September 27, 2018

Respectfully submitted,

_____
Mark T. Stancil (*pro hac vice*)
Kathryn S. Zecca (*pro hac vice*)
Rachel S. Li Wai Suen
Joshua S. Bolian
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER, LLP
1801 K Street, NW, Suite 411
Washington, DC 20006
mstancil@robbinsrussell.com
kzecca@robbinsrussell.com
rliwaisuen@robbinsrussell.com
jbolian@robbinsrussell.com
*Counsel to Defendant/Counterclaim-Plaintiff Wilmington Trust, National Association*


_____
Michael S. Shuster
Dwight Healy
Benjamin F. Heidlage
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, NY 10017
mshuster@hsgllp.com
dhealy@hsgllp.com
bheidlage@hsgllp.com
*Counsel to Plaintiffs/Counterclaim-Defendants Argos Holdings Inc. and PetSmart, Inc., and Counterclaim-Defendants Buddy Holdings Corp., Buddy Chester Corp., Buddy Chester Sub Corp., and Argos Intermediate Holdco III Inc.*

Raymond Svider, Michael Chang, and Fahim Ahmed only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:

Respectfully submitted,

_____
Mark T. Stancil (*pro hac vice*)
Kathryn S. Zecca (*pro hac vice*)
Rachel S. Li Wai Suen
Joshua S. Bolian
ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER, LLP
1801 K Street, NW, Suite 411
Washington, DC 20006
mstancil@robbinsrussell.com
kzecca@robbinsrussell.com
rliwaisuen@robbinsrussell.com
jbolian@robbinsrussell.com
*Counsel to Defendant/Counterclaim-Plaintiff Wilmington Trust, National Association*

_____
Michael S. Shuster
Dwight Healy
Benjamin F. Heidlage
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, NY 10017
mshuster@hsgllp.com
dhealy@hsgllp.com
bheidlage@hsgllp.com
*Counsel to Plaintiffs/Counterclaim-Defendants Argos Holdings Inc. and PetSmart, Inc., and Counterclaim-Defendants Buddy Holdings Corp., Buddy Chester Corp., Buddy Chester Sub Corp., and Argos Intermediate Holdco III Inc.*

*[signature: E. Kleinhaus]*

Theodore N. Mirvis
Emil A. Kleinhaus
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
tnmirvis@wlrk.com
eakleinhaus@wlrk.com
*Counsel to Counterclaim-Defendants Raymond Svider, Michael Chang, and Fahim Ahmed*


_____

Megan Cunniff Church
Allison Gorsuch
MOLOLAMKEN LLP
300 North LaSalle Street
Chicago, IL 60654
mchurch@mololamken.com
agorsuch@mololamken.com

Steven F. Molo
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
smolo@mololamken.com
*Counsel to Counterclaim-Defendants Alan M. Schnaid, Paulette R. Dodson, Paul Keglevic, Peter S. Kravitz, Scott D. Vogel, and Cezar M. Froelich*

Case 1:18-cv-05773-RJS   Document 81   Filed 09/27/18   Page 5 of 5

---

/s/ Theodore N. Mirvis
Theodore N. Mirvis
Emil A. Kleinhaus
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
tnmirvis@wlrk.com
eakleinhaus@wlrk.com
*Counsel to Counterclaim-Defendants Raymond Svider, Michael Chang, and Fahim Ahmed*

/s/ Steven F. Molo
Steven F. Molo
Allison Gorsuch
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
smolo@mololamken.com
agorsuch@mololamken.com

Megan Cunniff Church (admission *pro hac vice* pending)
MOLOLAMKEN LLP
300 North LaSalle Street
Chicago, IL 60654
mchurch@mololamken.com
*Counsel to Counterclaim-Defendants Alan M. Schnaid, Paulette R. Dodson, Paul Keglevic, Peter S. Kravitz, Scott D. Vogel, and Cezar M. Froelich*

3