IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARGOS HOLDINGS INC. and PETSMART, INC., ) ) | Case No. 18-cv-05773 (DLC) |
| Plaintiffs, Counterclaim-Defendants, ) ) ) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| v. ) | |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, as Administrative Agent, ) ) | |
| Defendant, Counterclaim-Plaintiff, ) ) | |
| v. ) | |
| ARGOS INTERMEDIATE HOLDCO III INC., BUDDY CHESTER CORP., BUDDY CHESTER SUB CORP., BUDDY HOLDINGS CORP., ALAN M. SCHNAID, PAULETTE R. DODSON, PAUL KEGLEVIC, PETER S. KRAVITZ, SCOTT D. VOGEL, and CEZAR M. FROELICH, ) ) ) ) ) ) ) | |
| Counterclaim-Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their respective counsel, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that all claims and counterclaims asserted by any party against any other party in the above-captioned action, are dismissed on the merits with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and without costs to any party as against the other.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts, that a facsimile signature shall have the same binding effect on all parties hereto as an original signature.

Dated: New York, New York
       April 16, 2019

| | |
|---|---|
| HOLWELL SHUSTER & GOLDBERG LLP | ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER, LLP |
| */s/ Michael S. Shuster* | */s/ Mark T. Stancil* |
| Michael S. Shuster<br>Dwight A. Healy<br>Benjamin F. Heidlage<br>Matthew Gurgel<br>Margaret B. Hoppin | Mark T. Stancil (admitted *pro hac vice*)<br>Kathryn S. Zecca (admitted *pro hac vice*)<br>Rachel S. Li Wai Suen<br>Joshua S. Bolian<br>Lauren M. Cassady (admitted *pro hac vice*) |
| 425 Lexington Avenue<br>New York, NY 10017<br>Telephone: (646) 837-5151<br>Facsimile: (646) 837-5150<br>Email: mshuster@hsgllp.com<br>       dhealy@hsgllp.com<br>       bheidlage@hsgllp.com<br>       mgurgel@hsgllp.com<br>       mhoppin@hsgllp.com | 2000 K Street, N.W., 4th Floor<br>Washington, DC 20006<br>Telephone: (202) 775-4500<br>Facsimile: (202) 775-4510<br>Email: mstancil@robbinsrussell.com<br>       kzecca@robbinsrussell.com<br>       rliwaisuen@robbinsrussell.com<br>       jbolian@robbinsrussell.com<br>       lcassady@robbinsrussell.com |
| *Counsel to Plaintiffs/Counterclaim-Defendants Argos Holdings Inc. and PetSmart, Inc., and Counterclaim-Defendants Buddy Holdings Corp., Buddy Chester Corp., Buddy Chester Sub Corp., and Argos Intermediate Holdco III Inc.* | *Counsel to Defendant and Counterclaim-Plaintiff Wilmington Trust, National Association, as Administrative Agent* |

MOLOLAMKEN LLP

*/s/ Steven F. Molo*

Steven F. Molo
430 Park Avenue
New York, NY 10022
Telephone: (212) 6078160
Facsimile: (212) 607-8161
Email: smolo@mololamken.com

Megan Cunniff Church
Allison Gorsuch
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 450-6700
Facsimile: (312) 450-6701
Email: mchurch@mololamken.com
       agorsuch@mololamken.com

*Counsel to Counterclaim-Defendants Alan M. Schnaid, Paulette R. Dodson, Paul Keglevic, Peter S. Kravitz, Scott D. Vogel, and Cezar M. Froelich*